WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEVEN HIGGINS,**                                   Case No. 2:12-cv-1000-RE

          Plaintiff,

vs.                                                                 ORDER

**COMMISSIONER of Social Security,**

          Defendant.

Reasonable attorney fees in the amount of $38,812.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney shall credit to Plaintiff's account any fees he has received or receives in the future on Plaintiff's behalf pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). That is, Plaintiff's attorney may retain a total of $38,812.50 in fees awarded pursuant to 42 U.S.C. § 406(b) and the EAJA, 28 U.S.C. § 2412(d).

DATED this 14 day of July, 2014.

_____
United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1